UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA L. SPARR,                                    No. 14-11529

       Plaintiff,                                District Judge Matthew F. Leitman

v.                                                   Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER TO OBTAIN LOCAL COUNSEL**

      E.D. Mich. Local Rule 83.20(f) requires that an attorney who is not an active member of the State Bar of Michigan must obtain local counsel who is admitted to practice in the Eastern District of Michigan, and who has an office in this district:

> **(f) Local Counsel.**
>
> **(1) General Requirement.** A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

      Plaintiff's attorney, Kelie C. Schneider, of Daley Disability Law P.C., whose office is in Chicago, IL, is not a member of the State Bar of Michigan, and is thus required to comply with L.R. 83.20(f). She has not filed an application to be relieved of that obligation. Therefore, within 14 days of the date of this Order, local counsel with an office in this district shall file an appearance on behalf of Plaintiff.

IT IS SO ORDERED.

        s/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: January 7, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 7, 2015, electronically and/or by U.S. mail.

        s/Carolyn M. Ciesla
        Case Manager