UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA L. SPARR,

    Plaintiff,

v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 14-cv-11529
Hon. Matthew F. Leitman

## **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF #21) AND DENYING DEFENDANT'S MOTION TO DISMISS (ECF #17)**

On September 22, 2014, Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the "Commissioner"), moved to dismiss this action for failure to prosecute. (*See* the "Motion to Dismiss," ECF #17.) The Commissioner noted that the deadline for Plaintiff Cynthia L. Sparr ("Sparr") to file a motion for summary judgment had passed and that Sparr had not filed her motion nor requested an extension of time. (*See id.*)

On January 9, 2015, Magistrate Judge R. Steven Whalen recommended that this Court deny the Commissioner's Motion to Dismiss. (*See* the "Report and Recommendation," ECF #21.) The Magistrate Judge accepted Sparr's counsel's explanation that "her failure to comply with this Court's scheduling order was the

result of errors made by an administrative assistant who … was suffering from cognitive difficulties as the result of an illness." (*Id.* at 2-3.) The Magistrate Judge granted Sparr an extension of time to submit her motion for summary judgment. (*See* ECF #22.)  The Commissioner did not object to the Report and Recommendation.

Sparr has now submitted her summary judgment motion. (*See* ECF #30.)  In light of the "strong policy favoring adjudication on the merits," *see Morgan v. Gandalf, Ltd.*, 165 Fed. App'x 425, 430 (6th Cir. 2006), the Court declines to dismiss the action on the ground that Sparr's motion was untimely.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF #21) is **ADOPTED**.  **IT IS FURTHER ORDERED** that the Commissioner's Motion to Dismiss (ECF #17) is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 24, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 24, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113